UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN HAMILTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SWIFT TRANSPORTATION CO. OF )<br>ARIZONA, LLC, and ALAN RAY )<br>PARKER, )<br>)<br>Defendants. ) | Case No. CIV-19-219-SLP |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff and Defendants, by and through their counsel of record, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate that the above-styled and numbered cause of action against Defendants is hereby dismissed with prejudice, with each party to bear their costs and fees.

Submitted this 7th day of April, 2020.

                                                           Respectfully Submitted,

                                                           s/ Luke Abel
                                                           Luke Abel, OBA No. 21094
                                                           Abel Law Firm
                                                           The White House
                                                           900 N.W. 63rd Street
                                                           Oklahoma City, OK 73105
                                                           label@abellawfirm.com
                                                           *Attorney for Plaintiffs*

2

/s/ Robert P. Coffey, Jr.
Robert P. Coffey, Jr., OBA No. 14628
Coffey, Senger & McDaniel, P.L.L.C.
4725 East 91st Street, Suite 100
Tulsa, OK 74137
918-292-8787
918-292-8788 – fax
Robert@csmlawgroup.com
*Attorney for Defendants*